IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| HELENA NICHOLSON,<br>    Plaintiff,<br><br>v.<br><br>TXFM, INC., d/b/a NEBRASKA FURNITURE MART, d/b/a NEBRASKA FURNITURE MART OF TEXAS, and d/b/a NEBRASKA FURNITURE MART TEXAS<br>    Defendants. | § § § § § § § § § § § § § § | CIVIL ACTION NO. 4:16-cv-00285 |

## ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Helena Nicholson has filed a Stipulation of Dismissal with Prejudice [de #6] and has requested that the court dismiss Plaintiff's claims against Defendants with prejudice.

The court has reviewed the motion and is of the opinion that it should be GRANTED.

IT IS, THEREFORE, ORDERED that all of Plaintiff's claims against Defendants are hereby DISMISSED WITH PREJUDICE. Each party shall bear her or its own attorneys' fees and costs.

**SIGNED this the 11th day of May, 2017.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE